**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *et al.*, | ) | Case No.: 2:26-cv-207-ALM-SCS |
| | ) | |
| *Plaintiffs*, | ) | Judge Algenon L Marbley |
| | ) | |
| v. | ) | Magistrate Judge S. Courter Shimeall |
| | ) | |
| OHIOHEALTH CORPORATION, | ) | |
| | ) | |
| *Defendant*. | ) | |

**DEFENDANT OHIOHEALTH CORPORATION'S <u>UNOPPOSED</u> MOTION TO EXTEND DATES AND DEADLINES TO RESPOND TO PLAINTIFFS' COMPLAINT, TO COMMENCE FACT DISCOVERY, AND TO SUBMIT STIPULATED <u>PROTECTIVE ORDER BY FOURTEEN DAYS</u>**

Defendant OhioHealth Corporation and Plaintiffs the Unites States of America and the State of Ohio are engaged in continued and productive negotiations toward a possible resolution of this action. To allow sufficient time for negotiation to proceed to fruition or impasse, OhioHealth moves for a brief, fourteen-day extension of the three dates and deadlines enumerated below. OhioHealth has conferred with all Plaintiffs in accordance with S.D. Ohio Civ. R. 7.3(a), and Plaintiffs do not oppose this motion. No prior extensions have been stipulated to, sought, or granted under S.D. Ohio Civ. R. 6.1.

April 21, 2026, is the current date and/or deadline for (1) OhioHealth's response to the complaint, (2) the commencement of fact discovery, and (3) the submission of a proposed stipulated protective order to the Court. OhioHealth moves to extend each of these dates and deadlines by fourteen days, to **May 5, 2026**. The parties' concerted and good-faith efforts toward a negotiated resolution provide good cause for these extensions, and Plaintiffs do not oppose them. A proposed order accompanies this motion, in accordance with S.D. Ohio Civ. R. 7.3(a) and 7.4.

Respectfully submitted,


/s/ David M. DeVillers
David M. DeVillers (0059456), Trial Attorney
Kristopher J. Armstrong (0077799)
BARNES & THORNBURG LLP
41 S. High St. Suite 3300
Columbus, Ohio 43215
Phone: (614)-628-0096
Fax: (614)-628-1433
David.DeVillers@btlaw.com
Kristopher.Armstrong@btlaw.com

Bradley R. Love (*pro hac vice*)
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana 46204
Phone: (317) 261-7896
Fax: (317) 231-7433
Bradley.Love@btlaw.com

*Attorneys for Defendant, OhioHealth*
*Corporation*


## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing unopposed motion to extend dates and deadlines was filed on April 16, 2026, via the Court's CM/ECF system and will be served on counsel for all parties, via email, by operation of that system.


/s/ David M. DeVillers
Attorney for Defendant OhioHealth Corporation

2