# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *et al.*, | ) | Case No.: 2:26-cv-207-ALM-SCS |
| | ) | |
| *Plaintiffs*, | ) | Judge Algenon L Marbley |
| | ) | |
| v. | ) | Magistrate Judge S. Courter Shimeall |
| | ) | |
| OHIOHEALTH CORPORATION, | ) | |
| | ) | |
| *Defendant*. | ) | |

**DEFENDANT OHIOHEALTH CORPORATION'S <u>SECOND</u> <u>UNOPPOSED</u> MOTION TO EXTEND DATES AND DEADLINES TO RESPOND TO PLAINTIFFS' COMPLAINT, TO COMMENCE FACT DISCOVERY, AND TO SUBMIT STIPULATED PROTECTIVE ORDER BY SEVEN DAYS**
**and**
**FIRST <u>UNOPPOSED</u> MOTION TO EXTEND DEADLINE FOR INITIAL <u>DISCLOSURES BY SEVEN DAYS</u>**

Defendant OhioHealth Corporation and Plaintiffs the Unites States of America and the State of Ohio remain engaged in continued and productive negotiations toward a possible resolution of this action. Since this court granted OhioHealth's first unopposed motion for a fourteen-day extension, the parties continue to make progress in narrowing the scope of their dispute, and additional time would enable the parties to focus on resolution. To allow sufficient time for these negotiations to proceed to fruition, OhioHealth moves for a brief, **seven**-day extension of the four dates and deadlines enumerated below. OhioHealth has conferred with all Plaintiffs in accordance with S.D. Ohio Civ. R. 7.3(a), and **Plaintiffs do not oppose this motion**. One prior, fourteen-day extension has been granted under S.D. Ohio Civ. R. 6.1. (No stipulated extensions were taken under that rule. The original extension did not apply to the initial-disclosure deadline.)

May 5, 2026, is the current date and/or deadline for (1) OhioHealth's response to the complaint, (2) the commencement of fact discovery, and (3) the submission of a proposed stipulated protective order to the Court. May 12, 2026 is the current deadline for the parties to exchange initial disclosures.

OhioHealth moves to extend each of these dates and deadlines by seven days, to **May 12, 2026** (**May 19, 2026** for initial disclosures). The parties' concerted and good-faith efforts toward a negotiated resolution provide good cause for these extensions, and Plaintiffs do not oppose them.

A proposed order accompanies this motion, in accordance with S.D. Ohio Civ. R. 7.3(a) and 7.4.

Respectfully submitted,

*/s/ David M. DeVillers*
David M. DeVillers (0059456), Trial Attorney
Kristopher J. Armstrong (0077799)
BARNES & THORNBURG LLP
41 S. High St. Suite 3300
Columbus, Ohio 43215
Phone: (614)-628-0096
Fax: (614)-628-1433
David.DeVillers@btlaw.com
Kristopher.Armstrong@btlaw.com

Bradley R. Love (*pro hac vice*)
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana 46204
Phone: (317) 261-7896
Fax: (317) 231-7433
Bradley.Love@btlaw.com

*Attorneys for Defendant, OhioHealth Corporation*

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing unopposed motion to extend dates and deadlines was filed on May 5, 2026, via the Court's CM/ECF system and will be served on counsel for all parties, via email, by operation of that system.

*/s/ David M. DeVillers*
Attorney for Defendant OhioHealth Corporation