THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, et al., | : | Case No.  2:26-cv-207-ALM-S |
|  | : | Judge:  Algenon L Marbley |
| v. | : | Corporate Disclosure Statement |
|  | : |  |
| OHIOHEALTH CORPORATION, | : |  |
|  | : |  |

Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 7.1.1: Any non-governmental corporate party to a proceeding must file a Corporate Affiliations/Financial Interest statement identifying all of its parent, subsidiary and other affiliate corporations and listing any publicly held company that "controls, is controlled by, or is under common control with a publicly controlled corporation."  A party must file the statement upon filing a complaint, answer, motion, response or other pleadings in this Court, whichever occurs first.  The obligation to disclose any changes will be continuing throughout the pendency of this case.

In Compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of:

OhioHealth Corporation                                                                                                     .

1.      Is said party a parent, subsidiary or other affiliate of a publicly owned corporations?

____ YES          ✔ NO

If the answer is YES, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:

_____

_____

2.      Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome?

____ YES          ✔ NO

If the answer is YES, list the identity of such corporation and the nature of the financial interest.

_____

_____

_____

*/s/ David M. DeVillers*                                  May 12, 2026
Signature of Counsel                          Date
David M. DeVillers (0059456), Trial Attorney
Kristopher J. Armstrong (0077799)
BARNES & THORNBURG LLP
41 S. High St. Suite 3300
Columbus, Ohio 43215
Phone: (614)-628-0096
Fax: (614)-628-1433
David.DeVillers@btlaw.com
Kristopher.Armstrong@btlaw.com

Bradley R. Love (*pro hac vice*)
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana 46204
Phone: (317) 261-7896
Fax: (317) 231-7433
Bradley.Love@btlaw.com

*Attorneys for Defendant, OhioHealth*
*Corporation*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing corporate disclosure statement was filed on May 12, 2026, via the Court's CM/ECF system and will be served on counsel for all parties, via email, by operation of that system.

/s/ David M. DeVillers
Attorney for Defendant OhioHealth Corporation

**COUNSEL ARE REMINDED OF THEIR CONTINUING OBLIGATION TO UPDATE AND SUPPLEMENT THIS STATEMENT**

2