**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

UNITED STATES OF AMERICA,

        and

STATE OF OHIO,

                Plaintiffs,

    v.

OHIOHEALTH CORPORATION,

                Defendant.

Case No. 2:26-cv-207
Judge: Algenon L. Marbley
Magistrate Judge: S. Courter Shimeall

**PLAINTIFFS' UNOPPOSED MOTION TO ENTER**
**STIPULATION AND STAY THE ACTION**

Plaintiffs, United States of America and State of Ohio, and Defendant, OhioHealth

Corporation (collectively, the "Parties"), have reached settlement of this case that is embodied in

a proposed Final Judgment. As such, Plaintiffs move this Court (a) to enter the Stipulation and

Order ("Stipulation") (ECF No. 29-1), and (b) to stay the case during the process required by the

Antitrust Procedures and Penalties Act, 15 U.S.C. § 16(b)-(h) ("Tunney Act").

The Tunney Act, which applies in civil antitrust cases brought by the United States,

provides that certain events must occur prior to the Court signing and entering the proposed Final

Judgment to resolve this case. The United States filed an Explanation of Procedures Under the

Antitrust Procedures and Penalties Act. (ECF No. 29).

Plaintiffs respectfully request that the court stay this case and toll all litigation deadlines

under the Preliminary Pretrial Order (ECF No.11) while the proposed Final Judgment is the

subject of proceedings under the Antitrust Procedures and Penalties Act, 15 U.S.C. §§ 16(b)-(h).

Dated: June 16, 2026

Respectfully submitted,

FOR PLAINTIFF
UNITED STATES OF AMERICA

PAUL TORZILLI
U.S. Department of Justice
Antitrust Division
Senior Litigation Counsel
450 5th St. NW, Suite 4100
Washington DC 20530
Telephone: (202) 476-0547
Email: Paul.Torzilli@usdoj.gov

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon all counsel of record through the

Court's Electronic Case Filing (ECF) system.

Date: June 16, 2026

_____
Paul Torzilli
U.S. Department of Justice, Antitrust Division
Counsel for Plaintiff United States of America

3